# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 03 2017

MATTHEW J. DYKMAN
CLERK

| | |
|---|---|
| United States of America<br>v.<br><br>April LUNA-CONTRERAS<br>and<br>Esthela CONTRERAS-LUNA<br><br>*Defendant(s)* | Case No. MJ 17-13 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  12/30/2016  in the county of  Bernalillo  in the  Judicial  District of  New Mexico , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 846 (a)(1), (b)(1)(A) | Conspiracy to possess more than 500 grams of a mixture or substance containing a detectable amount of Methamphetamine With Intent to Distribute |

This criminal complaint is based on these facts:

***   SEE ATTACHED AFFIDAVIT   ***

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jarrell W. Perry, Special Agent DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  1/1/2017

City and state:  Albuquerque, New Mexico

_____
*Judge's signature*

Karen B. Molzen, US Magistrate Judge
*Printed name and title*

*Signed by S/A Jarrell W. Perry at the direction of US Magistrate Judge Karen B. Molzen on 01-01-2017 @ 10:20 am

**AFFIDAVIT**

On December 30, 2016, Drug Enforcement Administration (DEA) Special Agent (S/A) Jarrell W. Perry and New Mexico State Police K-9 Officer Joshua Campos were at the Amtrak Train Station, 320 First Street, Albuquerque, New Mexico to meet the eastbound Amtrak Train which makes a regularly scheduled stop in Albuquerque, New Mexico.

S/A Perry approached two females, later identified as April LUNA-CONTRERAS and Estela CONTRERAS-LUNA, who were seated in their respective seats directly beside one another in the coach section of the Amtrak Train. S/A Perry displayed his DEA badge to LUNA-CONTRERAS and CONTRERAS-LUNA, identified himself as a police officer to LUNA-CONTRERAS and CONTRERAS-LUNA, asked for and received permission to speak with LUNA-CONTRERAS and CONTRERAS-LUNA. LUNA-CONTRERAS and CONTRERAS-LUNA stated that they were mother and daughter traveling together.

After a short conversation about their travel, S/A Perry asked for and received permission from LUNA-CONTRERAS to search around her waist area for contraband. A consensual search revealed a hard-like bundle concealed to LUNA-CONTRERAS' abdomen area that S/A Perry knew from experience was consistent with the concealment method and that it was as bundle of illegal narcotics which S/A Perry had observed in the past concealed to passengers bodies .

S/A Perry asked for and received permission from CONTRERAS-LUNA to search around her waist area for contraband as well. A consensual search revealed a hard-like bundle concealed to CONTRERAS-LUNA's upper abdomen area that S/A Perry knew from experience was consistent with the concealment method and that it was as bundle of illegal narcotics which S/A Perry had observed in the past concealed to passengers bodies.

S/A Perry handcuffed LUNA-CONTRERAS and CONTRERAS-LUNA, thus placing them under arrest. LUNA-CONTRERAS and CONTRERAS-LUNA was removed from the Amtrak Train and transported to the Drug Enforcement Administration (DEA) Albuquerque District Office (ADO).

At the DEA ADO, DEA S/A Julie Olmsted, a female agent, removed a total of three clear plastic wrapped bundles from LUNA-CONTRERAS' body which contained a clear crystal like substance. The three bundles from LUNA-CONTRERAS were weighed by S/A Perry and Officer Campos for a total weight of approximately 1.90 gross kilograms (4.256 gross pounds). S/A Perry and Officer Campos field-tested the clear crystal like substance from one of the bundles, which revealed a positive reaction for the presence of methamphetamine.

At the DEA ADO, DEA S/A Julie Olmsted, removed a total of six clear plastic wrapped bundles from CONTRERAS-LUNA's body which contained a clear crystal like substance. The six bundles from CONTRERAS-LUNA were weighed by S/A Perry and Officer Campos for a total weight of approximately 2.85 gross kilograms (6.384 gross pounds). S/A Perry and Officer Campos field-tested the clear crystal like substance from one of the bundles, which revealed a positive reaction for the presence of methamphetamine.

At the DEA ADO, S/A Perry, in the presence of Officer Campos, read LUNA-CONTRERAS her Miranda rights, per DEA 13a. LUNA-CONTRERAS said that she understood each of her Miranda rights and agreed to answer questions. LUNA-CONTRERAS said that she and her mother, CONTRERAS-LUNA, agreed to transport the bundles, which she believed to contain drugs, from San Diego, California to Lakeland, Florida. LUNA-CONTRERAS said that she knew that the drugs were illegal, but did not know what type of drugs or how much they weighed. LUNA-CONTRERAS said that she was to be paid for transporting the drugs, but did not know how much she was going to be paid. LUNA-CONTRERAS said that she was going to give part of the money to CONTRERAS-LUNA for transporting the drugs.

This affidavit is submitted for the limited purpose of providing probable cause to support the attached criminal complaint.

*[Signature]*
Jarrell W. Perry
Special Agent
Drug Enforcement Administration

*[Signature]*
United States Magistrate Judge
Karen B. Molzen
*Signed at the direction of US Magistrate Judge Karen B. Molzen by S/A Jarrell W. Perry on 01-01-2017 @ 10:20 a.m.